United States District Court
Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  ORLANDO GARCIA,                         Case No. 21-cv-06540-SK
8         Plaintiff,
                                           **CONDITIONAL DISMISSAL**
9         v.
10 STALWART VENTURE LLC, et al.,           Regarding Docket No. 16
11        Defendants.

12   Plaintiff advises the Court that the parties have reached a settlement of this case and that
13 Plaintiff expects to file a dismissal with prejudice within sixty days. (Dkt. 16.) All parties have
14 consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636. (Dkts. 7, 12.)
15 Therefore, **IT IS HEREBY ORDERED** that this cause of action is dismissed **without** prejudice;
16 provided, however that if any party hereto shall certify to this Court, within sixty days, with proof
17 of service thereof, that the agreed consideration for said settlement has not been delivered over,
18 the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to
19 be set for trial. If no certification is filed, after passage of sixty days, the dismissal shall be **with**
20 prejudice.

21   **IT IS SO ORDERED**.

22 Dated: January 18, 2022



SALLIE KIM
United States Magistrate Judge